USDC SCAN INDEX SHEET



USA

KLIMAVICIUS

DB
3:95-CR-01421
*211*
*CRMEMSUP.*

```
1  ROBERT CARRIEDO
   Attorney at Law
2  State Bar No. 108204
   105 West "F" Street, Suite 203
3  San Diego, CA 92101-6036
   Tel: (619) 232-0900
4       FAX: 238-9914

5  Attorney for Defendant
   Dagoberto Lerma-Lerma (2)
6
```



```
                    UNITED STATES DISTRICT COURT

                    SOUTHERN DISTRICT OF CALIFORNIA

                         (Hon. Marilyn L. Huff)

UNITED STATES OF AMERICA,  )
                           )  Case No. 95-1421
           Plaintiff,      )
                           )  MEMORANDUM OF POINTS AND AUTHORITIES
vs.                        )  IN SUPPORT OF MOTION FOR MISTRIAL
                           )  AND/OR AN EVIDENTARY HEARING, OR, IN THE
                           )  ALTERNATIVE, NEW TRIAL
DAGOBERTO LERMA-LERMA (2)) 
                           )
           Defendant.      )  Date: July 29, 1996
                           )  Time: 9:00 a.m.
```

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR MISTRIAL AND /OR AN EVIDENTIARY HEARING, OR, IN THE ALTERNATIVE, A NEW TRIAL

TO: GONZALO P. CURIEL AND WILLIAM V. GALLO, Assistant United States Attorneys

The court on motion of a defendant may grant a new trial to that defendant if required in the interest of justice. F.R.C.P. 33.

Defendant, DAGOBERTO LERMA-LERMA, by and through his attorney, Robert Carriedo has previously joined the motion filed by Juanita Brooks on behalf of Richard Klimavious-Viloria for Mistrial and/or an Evidentiary Hearing, or, in the alternative, a new trial. We incorporate the statement of facts of the joined motion into this motion.

Further, it has come to our attention that private investigator, Alan Stevens has spoken with some of the jurors on this case. His investigation has revealed that juror misconduct may have occurred. This would include, but not be limited to, a compromise verdict agreement. To date, we do

not have a completed investigation, nor a declaration from Mr. Stevens.

We ask the Court to permit us to preserve this motion and file supplemental papers to substantiate this potential juror misconduct. If the allegations are substantial, then we intend to proceed with the motion for mistrial, evidentiary hearing, or new trial.

DATED: July 8, 1996

Respectfully submitted,

_____
**ROBERT CARRIEDO**, Attorney for
Defendant DAGOBERTO LERMA-LERMA