UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT OF CALIFORNIA



RICHARD KLIMAVICIUS-VILORIA,
    PETITIONER-APPELLANT,

APPEAL NO. _____

CRIM CASE NO. 95-CR-1421-H

V.

NOTICE OF APPEAL

UNITED STATES OF AMERICA,
    RESPONDENT-APPELLEE.

## NOTICE OF APPEAL

COMES NOW, the Petitioner-Appellant, Richard Klimavicius-Viloria, appearing pro se, and gives the United States District Court for the Southern District of California this Notice of Appeal of the District Court's denial order in case no. 3:95-CR-1421-H, filed on May 4, 2016 to the Ninth Circuit Court of Appeals, pursuant to the Federal Rules of Appellate Procedure Rule 4(b).

This Notice of Appeals is filed this 13 day of May, 2016 and is considered timely pursuant to the prison mailbox rule and is considered timely pursuant to F.R.A.P. Rule 4(b) because it is made "within fourteen days of entry of the judgement or the order being appealed". (See F.R.A.P. Rule 4(b)).

MAY 1 6 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

A copy of this Notice of Appeal is also mailed to the Ninth Circuit Court of Appeals as a courtesy.

Respectfully Submitted this 13 day of May, 2016, I hereby affirm that this Notice of Appeal is not made for purposes of delay and is truthful and correct to the best of my knowledge and belief, under penalties of perjury.

_____
Richard Klimavicius-Viloria, Pro Se
ID # 46064-198
F.C.I. Loretto
P.O. Box 1000
Loretto, PA 15940


## CERTIFICATE OF SERVICE

I, Richard Klimavicius-Viloria, appearing pro se, do hereby certify that a copy of the foregoing attached Notice of Appeal was mailed to the government on May 13, 2016 to the following address:

U.S. Atty. Ofc, 880 Front St., Room 6203, San Diego, CA 92101.

_____        5/13/2016
Richard Klimavicius-Viloria, Pro Se    Date
ID # 46064-198
F.C.I. Loretto
P.O. Box 1000
Loretto, PA 15940

Richard Klimavicz
Federal Correction
P.O. Box 1000
Loretto, PA 15940

↔46064-198↔
U S D C Southern District
Of California
880 Front ST
Suite 4290
SAN Diego, CA 92101
United States

LEGAL MAIL

MAY 16 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
RECEIVED

